657 A.2d 1223

IN THE MATTER OF ALFRED J. VILLORESI,
AN ATTORNEY AT LAW.

May 26, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) seeking the immediate temporary suspension from practice of **ALFRED J. VILLORESI** of **DENVILLE,** who was admitted to the bar of this State in 1963, for failure to cooperate with the ethics authorities in violation of *Rule* 1:20–3(g)(3), and respondent having failed to respond to the petition for a temporary suspension, and good cause appearing;

It is ORDERED that **ALFRED J. VILLORESI** of **DENVILLE** is temporarily suspended from the practice of law, effective immediately and until further Order of the Court; and it is further

ORDERED that **ALFRED J. VILLORESI** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys.